# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2661

ANGELICA PIEDRASANTA, RICARDO CARDENAS, and MARIA PIEDRASANTA,

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO: PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:
Jennifer Torres, Esq.
DezaRae LaCrue, Esq.
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80114
T: 303-757-3300
F: 303-757-3206
torresj@fdazar.com
lacrued@fdazar.com

TO: THE HONORABLE MARTIN F. EGELHOFF
DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO, DIVISION 424
1437 Bannock Street, Suite 256
Denver, Colorado 80202

PLEASE TAKE NOTICE that the Defendant herein, State Farm Mutual Automobile Insurance Company, ("State Farm"), by and through its attorneys, Karen H. Wheeler and Nicholas J. Deaver of Wheeler Law, Professional Corporation, hereby files this Notice of Removal to the United States District Court for the District of Colorado of the action brought by Plaintiffs Angelica Piedrasanra, Ricardo Cardenas, and Maria Piedrasanta (collectively, "Plaintiffs"), against State Farm in Denver County District Court, Colorado case number 2019CV33271,

pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. As grounds therefor, Defendant states as follows:

1. On August 28, 2019, Defendant was served with a copy of the Summons, Complaint, and Civil Case Cover Sheet in case number 2019CV33271, in the District Court of Denver County, State of Colorado, filed by Plaintiffs on or about August 26, 2019. *See* **Exhibit A**, District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint; **Exhibit B**, Complaint and Jury Demand; **Exhibit C**, Return of Service.

2. This lawsuit arises from Plaintiff's claim that he is entitled to insurance benefits related to motor vehicle accident that allegedly took place on or about March 18, 2018. **Exhibit B**, p. 1, ¶ 1.

3. Thirty days have not yet expired since August 28, 2019, the date the Complaint was received by the Defendant. *See* **Exhibit C**, Return of Service. Defendant's notice of removal is therefore timely pursuant to 28 U.S.C. § 1441, *et seq*.

4. Any civil action "brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

5. This action is removable because the United States District Court for the District of Colorado has original diversity jurisdiction over this action. *See* 28 U.S.C. § 1332(a).

6. As discussed below, the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

7. "For purposes of diversity jurisdiction under 28 U.S.C. § 1332(a)(1), state citizenship is the equivalent of domicile." *Crowley v. Glaze*, 710 F.2d 676, 678 (10th Cir. 1983).

8. State Farm is an Illinois corporation. *See* Certificate of Good Standing, a copy of

which is attached hereto as **Exhibit D**.

9. State Farm's principal place of business is in Bloomington, Illinois. *See* Restated Articles of Association, a copy of which is attached hereto as **Exhibit E**, at p. 1, Article II.

10. A corporation is "deemed to be a citizen of any State and foreign state by which it has been incorporated and of the State or foreign state where it has a principal place of business[.]" 28 U.S.C. § 1332(c)(1).[1]

11. Plaintiffs are all citizens and domiciles of Colorado. *See* **Exhibit B**, p. 1, ¶¶ 2–4.

12. Because Plaintiffs are citizens of Colorado and State Farm is a citizen of Illinois, the parties are citizens of different states pursuant to 28 U.S.C. § 1332(c)(1).

13. "[D]ocuments that demonstrate a plaintiff's own estimation of its claim are a proper means of supporting the allegations in the notice of removal, even though they cannot be used to support the ultimate amount of liability." *McPhail v. Deere & Co.*, 529 F.3d 947, 956 (10th Cir. 2008). An indication on a civil cover sheet that the amount in controversy exceeds $100,000 is sufficient to meet the jurisdictional threshold for removal. *Paros Properties, LLC v. Colorado Casualty Ins. Co.*, 835 F.3d 1264, 1272 (10th Cir. 2016).

14. The amount in controversy exceeds $75,000, exclusive of interest and costs, as reflected by Plaintiffs' Civil Cover Sheet. Plaintiffs, through their counsel, have represented that they are "seeking "a monetary judgment… for more than $100,000[.]" *See id.*; 28 U.S.C. § 1446(c)(2)(A)(ii); **Exhibit A**, p. 1. Plaintiff's claims for relief are: Breach of Contract, Bad Faith Breach of Insurance Contract, Unreasonable Delay/Denial of a Claim for Benefits Pursuant to C.R.S. §§ 10-3-1115 and 1116, and a claim for Resident Relative Underinsured Motorist Benefits. **Exhibit**

---

[1] Plaintiff's action is not a direct action within the meaning of 28 U.S.C. § 1332(c)(1). *See, e.g., Fortson v. St. Paul Fire and Marine Ins. Co.*, 751 F.2d 1157, 1159 (11th Cir. 1985)(citation omitted).

**B**, pp. 3–5.

15. Moreover, Plaintiffs' Second Claim for Relief, a claim pursuant to C.R.S. §§ 10-3-1115 and 10-3-1116, allows for recovery of two times the covered benefit, as well as attorney fees and costs for a successful claim made pursuant to the statute. C.R.S. § 10-3-1116. **Exhibit B**, p. 4, ¶ 52.

16. Accordingly, Plaintiffs are clearly estimating the value of their claims to be in excess of the jurisdictional threshold of $75,000.

17. Because the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000, the district court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(1).

18. This action is pending in Denver County District Court, State of Colorado, which is embraced by the United States District Court for the District of Colorado. *See* **Exhibits A-C**; *see also* Fed. R. Evid. 201(b)(1)-(2).

19. Accordingly, this action is removable from Denver County District Court to this Court pursuant to 28 U.S.C. § 1441(a).

20. Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant hereby gives notice of removal of the action pending against it in Denver County District Court, Colorado, case number 2019CV33271, to the United States District Court for the District of Colorado.

21. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served in this action are attached to this Notice of Removal as **Exhibits A-C** and include:

- A. District Court Civil (CV) Cover Sheet for Initial Pleading of Complaint, Counter-Claim or Third-Party Complaint (**Exhibit A**);
- B. Complaint and Jury Demand (**Exhibit B**);
- C. Return of Service (**Exhibit C**);
- D. Summons (**Exhibit F**);
- E. Pretrial Order – Rule 16 (**Exhibit G**);

      F.      Delay Reduction Order (**Exhibit H**);

      G.      Recusal Order and Order of Reassignment (**Exhibit I**)

WHEREFORE, Defendant respectfully requests by this Notice, that case number 2019CV33271 pending in the District Court of Denver County, State of Colorado, be removed to the United States District Court for the District of Colorado.

DATED this 18th day of September 2019.

Respectfully submitted,

s/ *Karen H. Wheeler*
Karen H. Wheeler
Wheeler Law, P.C.
5690 DTC Boulevard, Suite 240E
Greenwood Village, Colorado 80111
Telephone: (303) 221-4787
Karen@wheeler5280.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-2661

ANGELICA PIEDRASANTA, RICARDO CARDENAS, and MARIA PIEDRASANTA,

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

_____

## CERTIFICATE OF SERVICE
_____

I hereby certify that on September 18, 2019, I electronically filed the foregoing **NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** with the Clerk of Court for filing and uploading to the CM/ECF system and served by U.S. Mail and e-mail to the following:

Jennifer Torres, Esq.
DezaRae LaCrue, Esq.
FRANKLIN D. AZAR & ASSOCIATES, P.C.
14426 East Evans Avenue
Aurora, CO 80114
T: 303-757-3300
F: 303-757-3206
torresj@fdazar.com
lacrued@fdazar.com

Attorneys for Plaintiff

                 s/ *Karen H. Wheeler*
                 Karen H. Wheeler